# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joe Rivera  <br>  Debtor(s) | |
| | CHAPTER 13 |
| Quicken Loans Inc., its successors and/or assigns  <br>  Movant  <br>  vs. | |
| Joe Rivera  <br>  Debtor(s) | NO. 19-14239 JKF |
| Scott Waterman  <br>  Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Quicken Loans Inc., which was filed with the Court on or about **August 6, 2019, docket number 12**.

Respectfully submitted,

By: **/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant

September 12, 2019