UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     JOE RIVERA <br><br><br>     Debtor | Chapter 13 <br> Bankruptcy No.19-14239-JKF |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 15th day of November, 2019, by first class mail upon those listed below:

JOE RIVERA
4316 DUNGAN STREET
PHILADELPHIA, PA  19124

**Electronically via CM/ECF System Only:**

KENNETH L MIRSKY ESQ
2033 WALNUT STREET
PHILADELPHIA, PA  19103


                                                           */s/ Deborah A. Earnshaw*
                                                           Deborah A. Earnshaw
                                                           for
                                                           Scott F. Waterman, Esquire
                                                           Standing Chapter 13 Trustee