Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-14239-AMC**

JOE RIVERA
4316 DUNGAN STREET
PHILADELPHIA  PA    19124

Petition Filed Date: 07/02/2019
341 Hearing Date: 08/09/2019
Confirmation Date: 02/05/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/30/2019 | $374.00 | 208526357182 | 08/30/2019 | $393.00 | 8713127087 | 09/26/2019 | $393.00 | 2514211848 |
| 11/13/2019 | $393.00 | 25654999724 | 11/13/2019 | $393.00 | 25654999735 | 12/30/2019 | $393.00 | 209044263527 |
| 01/28/2020 | $393.00 | 2514291498 | 02/26/2020 | $393.00 | 1914239 | 03/25/2020 | $393.00 | 2514326887 |
| 04/29/2020 | $393.00 | 2514339489 | 05/28/2020 | $393.00 | 26230675814 | 07/21/2020 | $393.00 | 2514382340 |
| 07/24/2020 | $393.00 | 209044224851 | | | | | | |

**Total Receipts for the Period:  $5,090.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $5,090.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Unsecured Creditors | $3,609.98 | $277.69 | $3,332.29 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $752.46 | $50.62 | $701.84 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $631.33 | $42.46 | $588.87 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $796.04 | $61.24 | $734.80 |
| 5 | QUICKEN LOANS INC<br>»» 005 | Mortgage Arrears | $1,025.59 | $1,025.59 | $0.00 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $2,500.78 | $192.37 | $2,308.41 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $973.86 | $74.90 | $898.96 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $1,743.81 | $134.13 | $1,609.68 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $2,046.47 | $157.42 | $1,889.05 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $1,208.46 | $92.96 | $1,115.50 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $1,744.48 | $134.20 | $1,610.28 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 012 | Secured Creditors | $61.28 | $61.28 | $0.00 |
| 13 | CITY OF PHILADELPHIA (LD)<br>»» 013 | Unsecured Creditors | $20,618.79 | $1,586.03 | $19,032.76 |

**Chapter 13 Case No. 19-14239-AMC**

| SUMMARY |
|---------|

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,090.00 | Current Monthly Payment: | $393.00 |
| Paid to Claims: | $3,890.89 | Arrearages: | $0.00 |
| Paid to Trustee: | $478.34 | Total Plan Base: | $23,561.00 |
| Funds on Hand: | $720.77 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.