| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-14239-AMC**

JOE RIVERA
4316 DUNGAN STREET
PHILADELPHIA  PA   19124

Petition Filed Date: 07/02/2019
341 Hearing Date: 08/09/2019
Confirmation Date: 02/05/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $393.00 | 2514291498 | 02/26/2020 | $393.00 | 1914239 | 03/25/2020 | $393.00 | 2514326887 |
| 04/29/2020 | $393.00 | 2514339489 | 05/28/2020 | $393.00 | 26230675814 | 07/21/2020 | $393.00 | 2514382340 |
| 07/24/2020 | $393.00 | 209044224851 | 08/31/2020 | $393.00 | 2514403456 | 09/23/2020 | $393.00 | 26841727980 |
| 11/02/2020 | $393.00 | 2514421806 | 11/25/2020 | $393.00 | 2514438155 | 01/05/2021 | $393.00 | 2514452848 |
| 01/28/2021 | $393.00 | 208276738285 | 03/02/2021 | $393.00 | 204525144873 | 03/26/2021 | $393.00 | 2514499937 |
| 04/29/2021 | $393.00 | 2514500914 | 05/27/2021 | $393.00 | 2514501794 | | | |

**Total Receipts for the Period: $6,681.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $9,020.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Unsecured Creditors | $3,609.98 | $669.27 | $2,940.71 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $752.46 | $139.52 | $612.94 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $631.33 | $117.04 | $514.29 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $796.04 | $139.62 | $656.42 |
| 5 | QUICKEN LOANS INC<br>»» 005 | Mortgage Arrears | $1,025.59 | $1,025.59 | $0.00 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $2,500.78 | $463.65 | $2,037.13 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $973.86 | $170.84 | $803.02 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $1,743.81 | $323.29 | $1,420.52 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $2,046.47 | $379.42 | $1,667.05 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $1,208.46 | $212.00 | $996.46 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $1,744.48 | $323.45 | $1,421.03 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 012 | Secured Creditors | $61.28 | $61.28 | $0.00 |
| 13 | CITY OF PHILADELPHIA (LD)<br>»» 013 | Unsecured Creditors | $20,618.79 | $3,822.79 | $16,796.00 |

Chapter 13 Case No. 19-14239-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,020.00 | Current Monthly Payment: | $393.00 |
| Paid to Claims: | $7,847.76 | Arrearages: | $0.00 |
| Paid to Trustee: | $788.81 | Total Plan Base: | $23,561.00 |
| Funds on Hand: | $383.43 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.