Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
Chapter 13 Case No. 19-14239-AMC

JOE RIVERA  
4316 DUNGAN STREET  
PHILADELPHIA  PA   19124

Petition Filed Date: 07/02/2019  
341 Hearing Date: 08/09/2019  
Confirmation Date: 02/05/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/29/2021 | $393.00 | 2514500914 | 05/27/2021 | $393.00 | 2514501794 | 06/28/2021 | $393.00 | 2514519687 |
| 07/28/2021 | $393.00 | 2514552912 | 08/26/2021 | $393.00 | 2514558987 | 09/22/2021 | $393.00 | 2514560573 |
| 10/27/2021 | $393.00 | 2514578563 | 11/24/2021 | $393.00 | 2514595038 | 01/04/2022 | $393.00 | 2514606858 |
| 01/27/2022 | $393.00 | 2514616194 | 02/23/2022 | $393.00 | 2514617577 | 03/17/2022 | $393.00 | 2514638870 |
| 04/27/2022 | $393.00 | 2514639515 | 05/18/2022 | $393.00 | 2514669873 | 06/17/2022 | $393.00 | 2514671466 |
| 07/21/2022 | $393.00 | 2514685962 | | | | | | |

**Total Receipts for the Period: $6,288.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,522.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Unsecured Creditors | $3,609.98 | $1,199.95 | $2,410.03 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $752.46 | $250.15 | $502.31 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $631.33 | $209.83 | $421.50 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $796.04 | $256.75 | $539.29 |
| 5 | QUICKEN LOANS INC<br>»» 005 | Mortgage Arrears | $1,025.59 | $1,025.59 | $0.00 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $2,500.78 | $831.28 | $1,669.50 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $973.86 | $314.08 | $659.78 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $1,743.81 | $579.62 | $1,164.19 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $2,046.47 | $680.23 | $1,366.24 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $1,208.46 | $389.78 | $818.68 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $1,744.48 | $579.89 | $1,164.59 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 012 | Secured Creditors | $61.28 | $61.28 | $0.00 |
| 13 | CITY OF PHILADELPHIA (LD)<br>»» 013 | Unsecured Creditors | $20,618.79 | $6,853.76 | $13,765.03 |

Chapter 13 Case No. 19-14239-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,522.00 | Current Monthly Payment: | $393.00 |
| Paid to Claims: | $13,232.19 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,260.41 | Total Plan Base: | $23,561.00 |
| Funds on Hand: | $29.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.