Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 19-14239-AMC**

JOE RIVERA  
4316 DUNGAN STREET  
PHILADELPHIA  PA    19124

Petition Filed Date: 07/02/2019  
341 Hearing Date: 08/09/2019  
Confirmation Date: 02/05/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/30/2022 | $393.00 | 2514700507 | 09/28/2022 | $393.00 | 2514713431 | 10/19/2022 | $393.00 | 204525147019 |
| 11/23/2022 | $393.00 | 2514726662 | 12/29/2022 | $393.00 | 2514735742 | 01/25/2023 | $393.00 | 2514750132 |
| 01/31/2023 | ($393.00) | 2514750132 | 02/15/2023 | $393.00 | 28092897944 | 03/29/2023 | $393.00 | 109119217922 |
| 04/28/2023 | $393.00 | 109119195625 | 06/01/2023 | $393.00 | 109119238800 | 06/28/2023 | $393.00 | 109119174351 |
| 07/31/2023 | $393.00 | 109143553134 | | | | | | |

**Total Receipts for the Period:  $4,323.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $18,845.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Unsecured Creditors | $3,609.98 | $1,555.17 | $2,054.81 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $752.46 | $316.85 | $435.61 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $631.33 | $265.78 | $365.55 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $796.04 | $335.17 | $460.87 |
| 5 | QUICKEN LOANS INC<br>»» 005 | Mortgage Arrears | $1,025.59 | $1,025.59 | $0.00 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $2,500.78 | $1,077.36 | $1,423.42 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $973.86 | $409.99 | $563.87 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $1,743.81 | $751.19 | $992.62 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $2,046.47 | $881.57 | $1,164.90 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $1,208.46 | $508.82 | $699.64 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $1,744.48 | $751.52 | $992.96 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 012 | Secured Creditors | $61.28 | $61.28 | $0.00 |
| 13 | CITY OF PHILADELPHIA (LD)<br>»» 013 | Unsecured Creditors | $20,618.79 | $8,882.53 | $11,736.26 |

**Chapter 13 Case No. 19-14239-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,845.00 | Current Monthly Payment: | $393.00 |
| Paid to Claims: | $16,822.82 | Arrearages: | $393.00 |
| Paid to Trustee: | $1,621.96 | Total Plan Base: | $23,561.00 |
| Funds on Hand: | $400.22 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.