United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14239-amc |
| Joe Rivera | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 20, 2024 | Form ID: 138OBJ | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joe Rivera, 4316 Dungan Street, Philadelphia, PA 19124-4316 |
| 14352444 | + | Aria Health, PO BOX 8500-6395, Philadelphia,PA 19178-0001 |
| 14352445 | + | Aria Health Physcians, PO BOX 8500-6335, Philadelphia,PA 19178-0001 |
| 14352451 | + | Diagnostic Imaging, Inc., 3625 Quakerbridge Road, Hamilton, NJ 08619-1268 |
| 14352453 | + | Eagle Atlantic Financial Services, PO BOX 27601, Salt Lake City, UT 84127-0601 |
| 14352460 | + | Flagstar, PO BOX 790408, St. Louis, MO 63179-0408 |
| 14352462 | + | Pennsbury Impatient Services, PO BOX 390915, Minneapolis, MN 55439-0911 |
| 14355058 | + | Quicken Loans Inc., c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14352467 | | Temple University Hospital, Broad & Ontario Streets, Philadelphia, PA 19140 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 20 2024 23:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 20 2024 23:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14352446 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 20 2024 23:17:00 | Barclay Bank Delaware, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14417897 | | Email/Text: megan.harper@phila.gov | Aug 20 2024 23:17:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14444776 | | Email/Text: megan.harper@phila.gov | Aug 20 2024 23:17:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14352448 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 20 2024 23:26:34 | Capital One Bank, PO BOX 30281, Salt Lake City, UT 84130-0281 |
| 14357414 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 20 2024 23:26:34 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14352449 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 20 2024 23:26:39 | CitiCards, PO BOX 790345, St. Louis, MO 63179-0345 |
| 14352450 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 20 2024 23:17:00 | Credit Acceptance, PO BOX 513, Southfield, MI 48037-0513 |
| 14352359 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 20 2024 23:17:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14352452 | + | Email/Text: G06041@att.com | | |

| | | | | |
|---|---|---|---|---|
| District/off: 0313-2 | | User: admin | | Page 2 of 3 |
| Date Rcvd: Aug 20, 2024 | | Form ID: 138OBJ | | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 20 2024 23:17:00 | Direct TV, PO BOX 5007, Carol Stream, IL 60197-5007 |
| 14379378 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 20 2024 23:17:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14352464 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 20 2024 23:17:00 | PNC Bank, PO BOX 609, Pittsburgh, PA 15230 |
| 14385462 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 20 2024 23:26:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14352461 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 20 2024 23:26:38 | Pay Pal Credit, PO BOX 96080, Orlando, Fl 32896-0001 |
| 14352463 | + | Email/Text: megan.harper@phila.gov | Aug 20 2024 23:17:00 | Philadelphia Dept. of Revnue, PO BOX 1630, Philadelphia,PA 19105-1630 |
| 14352465 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 20 2024 23:17:00 | Quicken Loans, PO BOX 6577, Carol Stream, IL 60197-6577 |
| 14362954 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 20 2024 23:17:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14352466 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 20 2024 23:26:38 | Synchrony Bank, PO BOX 960013, Orlando, Fl 32896-0013 |
| 14352530 | ^ | MEBN | Aug 20 2024 23:16:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| KENNETH L. MIRSKY | on behalf of Debtor Joe Rivera klmirsky@comcast.net |
| KEVIN G. MCDONALD | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 20, 2024 | Form ID: 138OBJ | Total Noticed: 29 |

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*Form 138OBJ* (6/24)−doc 48 − 47

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Joe Rivera )<br>)<br>)<br>Debtor(s). )<br>)<br>) | Case No. 19−14239−amc<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 20, 2024                                                    For The Court

                                                                                                    Timothy B. McGrath
                                                                                                    Clerk of Court