| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-14239-AMC**

JOE RIVERA
4316 DUNGAN STREET
PHILADELPHIA  PA    19124

Petition Filed Date: 07/02/2019
341 Hearing Date: 08/09/2019
Confirmation Date: 02/05/2020

Case Status: Completed on 7/24/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2023 | $393.00 | 109143583230 | 09/29/2023 | $393.00 | 109143548657 | 10/25/2023 | $393.00 | 109143590831 |
| 11/21/2023 | $393.00 | 109169895054 | 12/20/2023 | $393.00 | 109169903799 | 01/26/2024 | $393.00 | 109169878840 |
| 02/28/2024 | $393.00 | 109169909838 | 03/27/2024 | $393.00 | 109204378349 | 04/25/2024 | $393.00 | 109204399436 |
| 05/30/2024 | $393.00 | 109204386379 | 06/24/2024 | $393.00 | 109204394684 | 07/24/2024 | $393.00 | 109276274712 |

**Total Receipts for the Period: $4,716.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $23,561.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CREDIT ACCEPTANCE CORP »» 001 | Unsecured Creditors | $3,609.98 | $2,009.52 | $1,600.46 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $752.46 | $418.92 | $333.54 |
| 3 | CAPITAL ONE BANK (USA) NA »» 003 | Unsecured Creditors | $631.33 | $351.44 | $279.89 |
| 4 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $796.04 | $443.15 | $352.89 |
| 5 | QUICKEN LOANS INC »» 005 | Mortgage Arrears | $1,025.59 | $1,025.59 | $0.00 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 006 | Unsecured Creditors | $2,500.78 | $1,392.12 | $1,108.66 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 007 | Unsecured Creditors | $973.86 | $542.07 | $431.79 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 008 | Unsecured Creditors | $1,743.81 | $970.68 | $773.13 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $2,046.47 | $1,139.11 | $907.36 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $1,208.46 | $672.72 | $535.74 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $1,744.48 | $971.10 | $773.38 |
| 12 | CITY OF PHILADELPHIA (LD) »» 012 | Secured Creditors | $61.28 | $61.28 | $0.00 |
| 13 | CITY OF PHILADELPHIA (LD) »» 013 | Unsecured Creditors | $20,618.79 | $11,477.60 | $9,141.19 |
| 0 | KENNETH L MIRSKY ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 14 | ARIA HEALTH | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | ARIA HEALTH | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-14239-AMC**

| 16 | CAPITAL ONE BANK (USA) NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | DIAGNOSTIC IMAGING INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | DIRECT TV | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | EAGLE ATLANTIC FINANCIAL SERIVCES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | FLAGSTAR | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | PENNSBURY INPATIENT SERVICES | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | PNC BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | TEMPLE UNIVERSITY HOSPITAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,561.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $21,475.30 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,085.70 | Total Plan Base: | $23,561.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.